DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CENTURY-NATIONAL INSURANCE COMPANY,**
Appellant,

v.

**CENTRAL FLORIDA CHIROPRACTIC CARE** a/a/o **LOUISSAINT LIMOSE,**
Appellee.

No. 4D21-144

[August 12, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case Nos. 50-2016-CC-012144-XXXX-MB and 50-2019-AP-000066-CAXX-MB.

William J. McFarlane, III, and Michael K. Mittelmark of McFarlane Law, McFarlane Dolan & Prince, Coral Springs, for appellant.

Shannon M. Mahoney of Shannon M. Mahoney, PLLC, West Palm Beach, and John R. Whittles of Mathison Whittles, LLP, Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***